Print Form

12-CV-05793-CMP

FILED _____ LODGED
_____ RECEIVED

SEP 05 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

Todd Roy Gibbons

Plaintiff(s)

vs

CV12 5793 RBL

**COMPLAINT**

Honorable Robert m mckenna et. Al

Defendant(s),

**Parties to this Complaint:**

Plaintiff's Name, Address and Phone Number

Todd Roy Gibbons
5415 S Orchard pmb 126
Tacoma, WA 98467

Defendant's Name, Address and Phone Number

Honorable Robert m. mckenna
(Attorney General of Washington State)
7141 Clean Water DR S.W P.O Box 40124
Olympia, WA 98504 -0124

Defendant's Name, Address and Phone Number

SEE: Attachments Parties To This Complaint
Pg (1)

Complaint For Damages Pg 1

Todd Roy Gibbons
5415 S Orchard pmb 126
Tacoma, WA 98467

PARTIES To THIS Complaint:

RoGelio RioTAS (seo) EtAl

SeamAR Community HealtH Center

1040 SHendeRSon st

SeAttle, WA 98108

Community Health CARE EtAl

(office's of Physicians)

1019 Pacific Ave, Ste 300

TACOMA, WA 98402-4488

CATHOLic Health INitiAtives

FRANciscAn HealtH Systems. Et.Al

1149 mARket

TACOMA, WA 98402

MetRopolitan Development Council

(Et.Al) P.O Box 34703

SeATTle, WA 98124

LoRRAine Lee (chief AdministRAtive LAW-

-Judge WAshington State)

P.O Box 45010 OlympiA, WA 98504-5010

OB-2 4ᵀᴴ Floor mAilstop 45010 14ᵀᴴ And

JeFFeRSon.

PARTies To This CompIAint pg 2

Complaint FoR DAmAges p5-2

Todd Ray Gibbons
5415 S ORCHARd
pmb126
TAcOMA, WA 98467

PARTIES TO THIS Complaint:

Metropolitan Development Council

721 South FAWCETT AVE  Suit 201

. TACOMA, WA 98402

Vontel moore (case mgr) Ast with App.    4-21-05

Toni macdougall (outreach worker) App  4-21-05

Dill, PATRICIA (outreach worker) App        12-13-05

(SS) — outreach worker App/screeners INT 4-22-05

MARia Imfo call Re: Todd stay At mission 5-23-06

   Metropolitian Develepment Council

   (Health Care For The Homeless Services)

   2342 TACOMA Ave South

   TACOMA, WA 98402

   TACOMA Rescue mission

   (New Life Square)

   425 South Tacoma WAV

   TACOMA, WA 98402

David Tugaga (shelter mgr)                    5-23-06

mike stoner (shift mgr)

   Community Health CARE

   (New Life Square). HEAlTH CARE ForThe

   Homeless.

   425 SouTH TACOMA WAV

   TACOMA, WA 98402

PARties To This Complaint PG 3

Complaint For DAMAGes PG 3

Todd Ray Gibbons
5415 S Orchard
pmb 126
TACOMA, WA 98467

# PARTiES To THis Complaint:

1  
2  CORY HatField P.A-C  Physical EVAl    2-16-06
3  THomaS SileR M.d PhysicalEVAl    2-16-06
4  .  Comunity HealtHCARE
5    (HealTH cARE FoR The HomeLess )
6    2342 TACOMAAVE. SouTH
7    TACOMA, WA 98402
8
9    Community HealtH CARE
10    720 Olive WAY Suit 300
11    Seattle, WA 98101
12  BAY/Ard TASHA    FAX Communinity HealtH    4-29-11
13
14  C-StevenS HammeR m.d P.S SeRgen    4-14-09
15    316 mLK WAY # 205
16    TAcoMA, WA 98405
17
18    FRANciscAn HealtH System
19    St-ClARe HospitAL, St Joseph Medical
20    center 11307 BRige portWAY S.w
21    LAke wood, WA 98499

22
23  Steven G DuRAS m.d FAc GenSuRgen 5-11-09
24  Riste-Dillon, ViKki TRiAge ed    10-03-05
25  VanhoRn, DAWn    TRiAge ed    10-03 05
26  BREAgAN   m.d INital md ORders    10-3-05
27  KARiL enge. M.A NuRsing Notes    06-06-11
28  LeVine , AndRew DiAGnostic Imaging    11-19-10

PARtiEs To This complaint PG 4

complAint FoR DAMages PG 4    Todd Roy Gibbon S
                              5415 S orchArd
                              pmb 126
                              TAcomA, WA 98467

# PARTieS TO THiS ComplAint:

1
2  KAREN m Awmiller c.c.d Chart Routing History 11-19-10
3  Kodaine m.d medicAl ExAm ABp pain 05-25-06
4
5     TACOMA GeneRAl Hospital
6     315 MARTin LuTHeR King JR WAy
7     TACOMA, WA 98415-0299
8     multiCARe HealtH System
9  Timothy mcNAiR, md ER XRAy spine            02-11-05
10 Donald D FletcheR D.o cc ERvisit           08-27-05
11 SAbine L ARNP Lumbar Spine                 08-11-05
12 LeaZA m DieRwechteR, m.d. Pt.S.D           01-27-05
13 John t mcNAiR Physician E.R. Services      02-11-05
14 Kevin Lewis Physician Asstant              03-02-05
15 Tod E wuest. m.d imaging Results spine     08-11-05
16 G-mG          LAB Results                  05-10-06
17 James wyman m.d office visit               11-29-10
18 Jeanette A HARRison office visit           11-29-10
19 Phillip DARby Phy Asstant TAc, gen. Hospital  12-14-10
20 Rebecca m Hurst R.N TAc, gen.              12-14-10
21 KARi enge. M.A TAc. gen. Hospital          03-07-11
22 Shane TuRneR, PA-c G's ortho sports        08-03-11
23 BeveRly A Anderson MA G's ortho sports     08-07-11
24 JAmes wymAn, md ortho sports doc Text      02-16-11
25    multi CARe ortho / sports
26    11212 SunRise Blvd #201 Puy, WA 98374
27 Sound medical Imaging Referal              12-16-09
28 12615 meRidian EAst puy, WA 98373

PARTies To This Complaint PG 5

complaint FOR DAmAgeS p5 5

Todd Roy Gibbons
5415 S orchard pmb 126
TACOMA, WA 98467

1  PARTIES TO THIS Complaint:

2    TRA medical Imaging

3    2502 South union AVE

4    TACOMA, WA 98405

5  Joseph Sam m.d TRA

6    TRA medical Imaging

7    2202 South cedar st ste 2001

8    TACOMA, WA 98405

9  Helen Shige mitsu m.d Left Shoulder XRAY    04-27-09

10  Joon Song    Right Shoulder    10-29-10

11

12    M.V.P Physical Therapy    4-30-10

13    1550 union AVE Suite 130

14    TACOMA, WA 98405

15  Ben-Kevin D.P.t R-Shoulder    4-30-10

16

17    St, MARK'S eye INsitute

18    502 South "m" street

19    TACOMA, WA 98405

20  DougLAS A MacLeod M.D eye APT    05-20-10

21

22    NorTHwest Consulting Solutions

23    (LLC) 22510 41st AVE SouTH Kent, WA

24    98032    08-04-09

25  michAel Swanson, Consultant m.s Lm Hc

26    08-17-09

27  Chris Simmons m.s CRC    08-17-09

28  61587644 Jennifer Long

PARTIES To This Complaint: pg 6

Complaint For Damages: pg 6    Todd Roy Gibbons
5415 S Orchard pnb126
TACOMA WA. 98467

# PARTiES TO This CompLAint:

1

2      SEA MAR HealTH CARE FOR The HomeLeSS

3      2342 TACOMA, WA 98402

4

5      SEAMAR medical

6      1112 SouTH CushmAN

7      TACOMA, WA 98405-3631

8  VeRNA HARMS A.R.N.P. RN  EVAL 07-1509

9  Amber Guice - History·Physical Report      10-04-11

10  SuRinder K Singh - History - Physical -       10-03-11

11  Jessica SALAZAR MA History Physical       08-19-11

12  Tai SANtos MA History Physical       05-18-11

13  THaisy KiRKhaRt m.A History Physical       04-26-11

14  RandA RosSell m.A History Physical       04-23-11

15  DAisy Zuniga History Physical       02-09-11

16  CRistobal Sanchez metz MD LAB       02-08-11

17  FAtimA Guillen Constitutional (Vitals) 10-27-10

18  Svetiana Sirbu Assesment plan       03-05-10

19  ShARon PeteRs RHia member Eligibilty       02-12-10

20  ERik ElAm m.d TRA Imaging       05-03-11

21  TAshA BAyARd, Community HeaITH       04-29-11

22  KARolin Lund med mgnt Community HeaITH 04-29-10

23  Lindsy metRo politian Delp.Coun. FAX       01-11-10

24  DAwn-MVP. FAX Cover       03-23-10

25  Leslie Pilon BA C.G mental       05-29-11

26      10217 125ᵗʰStct EAst

27      Puy, WA 98373

28

PARTiES To This CompLAint: pG 7

Complaint FoR DAmAgeS: pG 7

Todd Roy Gibbons
5415 S oRchard pmb
126
TACOMA, WA 98467

# PARTIES To THIS Complaint

1. Parties To THIS Complaint
2. NORTH west Justice Protect
3. C.l.e.A.R. 715 Tacoma Ave. South
4. Tacoma, WA 98402
5. Brendon Haigh Parahegal
6. Cindy Atternie.
7.
8. KenneTH Gormly (ATTernie)
9. 1119 Tacoma Ave South
10. Tacoma, WA 98402
11.
12. DepT of Social and HeaTTH Services
13. Div. of vocutional Rehabilitation
14. MS N 27-13 1949 SouTH State St
15. Tacoma, WA 98405-2850
16. Lew NAPolitano V.RC Voc. EVAl         08-04-09
17. PAmela Strong V.R+ RE:Todd           06-05-09
18.
19. DepT of Social and HeaTTH Services
20. Pierce NORTH CSO 1949 SouTH State
21. street N 67-1 Tacoma, WA 98405
22. E.Neil GoRRell Hearing              06-05-05
23. THeReSA RAiney Docket#10-2010-A-2282
24.                                     01-10-11
25. RuTH Collins APPeAl RequesT         10-17-11
26. K-THorN BurG Financil case mgR      01-26-09
27. Or. Cline DSHS eVAl                 11-23-11
28. Deb-ChRistianSen Soc-worker         10-23-11

Parties To This Complaint: pG 8

Complaint For DAmages: pG8

Todd Roy Gibbons
5415 SOrchard
Pmb 126
Tacoma, WA 98467

# PARTiES ToTHiS Complaint

1
2 John GUNN Soc-Worker phy-evAl 06-29-10
3 RHonda Benson (CSD) Hearing   09-01-10
4 PReston W. Cody DiRectoR Div of HealtH
5 CARE SERViCES
6 ShaVana Howard Gen. Asistant   08-07-09
7 Rick Long Soc-worker NONgRANt
8 Lynn HAy CHAPMAN Apointment   01-13-06
9 metzGeR, SHamuS D (metz) 067   08-13-09
10 Chandler LatikAc (LecH) 155   01-22-10
11 mc GlautHLin, Jennie (Jeme) 051   01-23-10
12 Allen Gale, Jennifer L (JePA) 155   07-16-10
13 Standley, DeanDRA R (DRSt) 067   08-02-10
14 Benson, RHonda I (BeRH) 067   09-01-10
15 SHiDell Kim (SHKi)   10-25-10
16 RoGeRs, Kelly R (RoKe) 067   12-20-10
17 JeFFRies Jill D (FiJi) 155   02-14-11
18 Peter S Lee DSHS evAL   08-12-09
19 Rick 51-BA DIB PackeT mailTo clienT   04-19-05
20 ARtC 48 Financil ATTN Toni macdougAll 07-08-05
21 S-LASH Denied cash med   12--05
22 G-Dew cash med end   07-19-06
23 S-mam benifitS Change   04-01-09
24 CLwe cash Food   11-13-09
25 metz Gen Assistance   08-13-09
26 mccG cash Food   06-06-09
27 ERtA Benifits   05-13-09
28 PeLR Food   06-26-10

PARTies ToThis complaint: PG9

Complaint FoR DamagCS: PG9

Todd Roy Gibbons
5415 S oRchard
Pmb 126
TAcomA, WA 98467

# PARTIES TO THIS Complaint

1. 
2. J. McGlAUTHLin  CASH                          01-23-10
3. LCCH    Food                                  07-16-10
4. THKI    Food                                  06-29-10
5. Pelletier AND Rea (PL ND)                     02-11-05
6. Wilkerson THomAs B (WI+B) 131                 03-17-05
7. TURNER, GEGIA (TuGe) 131                      03-29-05
8. Pieterman, FrANces (PIFR) 131                 04-18-05
9. Lee, Roberts (LeeR) 051                       04-18-05
10. Leinweber, Florene m (LeFL) 051              04-19-05
11. Daniel, michelle (DAMi)                      04-25-05
12. PARKER, KARENAR (PKAR) 048                   05-02-05
13. PFeiFeR, michAel A (PFmi) 051                05-02-05
14. Bolowich, Heidi m (JAck) 048                 05-13-05
15. Nelson, CANDACE J (NeCA) 131                 05-21-05
16. Joyce, CynTHia A (Jocy) 048                  06-02-05
17. TRAvis, Hollee N (HANt) 131                  06-09-05
18. HAll, Denise F (HadF) 131                    06-09-05
19. Dean. Robert L (DeRo) 048                    06-16-05
20. HALu  67                                     01-13-06
21. RuCo  67                                     03-09-06
22. JoGu  67                                     06-29-10
23. Diye  67                                     06-09-10
24. OCHR  67                                     02-19-10
25. JAplteT kevin E (JAke) 131                   08-29-05
26. WATSon, ChristoPHer L (Wich) 067     12-16-05
27. Schick, Chery L R (chSc) 067          12-16-05
28. miley, Robert F (milR) 067            12-27-05

PARTIES ToTHis Complaint: PG 10

Complaint FoR DAmAges: PG 10

Todd Ray Gibbons
5415 S ORchARd
PMB 126
TACOMA, WA 98467

# PARTies To THis Complaint:

1. 
2. LASH, Susan I (ISsuS)067                    04-04-06
3. Custis, DAineL (CuDI)067                    04-22-06
4. mccLAin Glynis e (mccG)067                  05-22-06
5. Cervantes, Angela (CeRA)067                 06-13-06
6. Howard SHAVANA K (SKHA)067                  06-13-06
7. Dew GiSelle R  (DeGI) 067                    07-19-06
8. mena, KARen (mnKR)                           01-14-09
9. HAynes, GLenne (GLHa)067                     03-17-09
10. SeRaile, Renistta I(ReSe)067                03-2009
11. R-Lee  medicaL Id                           04-25-05
12. K-PARKeR   Benifits                         04-25-05
13. m-PFeiFeR   pending medicaL                 04-22-05
14. MRS-Jocye   med Denied                      05-13-05
15. TuGE  coustomer service                     03-29-05
16. CunDI Joyce Food                            05-02-05
17. f-wills  Food                               12-16-05
18. C-watson benifits Review                    12-27-05
19. mcclain  incapacity Review                  07-31-06
20. ChilDeRS Lori (LoRC)  #
21. Cindy L BuRdue (ALJ)                        01-10-11
22. ERIKA Lim (ALJ) HeaRing                     12-02-11
23. Lea Dickerson (ALJ) HeaRing                 12-02-11
24. TERRY A Schuh (ALJ) HeaRing                 05-09-12
25. Heidi SmitH Billing Representive
26. Community HealtH DSHS EuAL Tecnishlon
27. 
28. 

PARTies To THis complaint: pG11

Complaint FoR DAmages: pG·11

Todd Roy Gibbons
54/55OKchARD pmb
126
TAcOMA, WA 98467

# PARTIES And Jurisdiction:

1   Jurisdiction For This Cause of Action
2 is based on 28 U.S.C §§ 1331 and 1346(b).
3 This Civil Action involves a Claim Against
4 The United States Goverment.
5   That at The Time of THe Incident herein
6 Plaintiff was a Resident of Pierce County,
7 Washington.
8   All Acts Complained of Occured in
9 Pierce County Washington.
10   Defendant is The united States of
11 America.
12   Under Section 224 of THe Public
13 HealTH Service Act, As Amended by The
14 Federally Supported HealTH Centers
15 Assistance Act of 1992 and 1995, employees
16 of eligible HealTH Centers may be deemed
17 To be Federal employees qualifed For
18 Protection under The Federal Torts Claim Act.
19   Metropolitan Development Council, Et.Al
20 Department of Social and HealTH Services
21 Administration Et.Al Sea Mar medical Et.Al
22 Community HealTH Care, Et.Al is a HealTH
23 Resources and Services Administration
24 Supported HealTH Center which has been
25 Propery deemed By The united States
26 Department of HealTH and Human Services
27 HealTH Resources and Services

Complaint For Damages : PG 12

Todd Roy Gibbons
5415 S Orchard Pmb 126
Tacoma, WA 98467

# PARTieS And JuRisdiction

2 Administration, BuReau of PRiMARY
3 HealTH CARE. As such, it's employees ARe
4 Considered  Federal employees.
5     At All Times Relevent here To,
6 Vontell mooRe, Toni macdougAll, LAuRA
7 MADRigAL, PAtRicia Dill, Et.Al was an
8 employee of The united states of America,
9 ThRough his.heR employment wiTH
10 MetRopolitan Development Council,
11 THeResA Rainey, Lynn Hay Chapman, Debbie SmiTH,
12 Deb ChRistiansen, CRistel ARTHuR, RickLong,
13 John Gum, c Joyce, R-Lee, T.wills, G. Dew Et.Al
14 was an employee of The united stAtes of
15 AmeRicA, THRough his heR employment wiTH
16 DepARtment of Social and HealTH seRvices.
17 Et.Al VeRna HARM's, was an employee of
18 The united states of America THRough his.
19 heR employment wiTH SEA MAR mediCAL.
20 CoRy HatField, THomAs SileR was an employee
21 of The united states of AmeRiCA THRough
22 his heR employment wiTH Community HealTH
23 CARe Et.Al Lew NApoLitAno Et.Al was an
24 employee of The united states of America
25 THRough his heR employment wiTH Div. of
26 Vocational Rehabilition Dept of Social And
27 HealTH seRvices.

Complaint FOR DAMAges: p5/3

Todd Ray Gibbons
5z/15 S oRchARd pmb 126
Tacoma, WA 98467

# PARTIES and Jurisdiction

2. That at All Times Relevant here To.
The united States of AMERICA THrough
Metropolitan Development Council. et.Al
SeaMAR medical et.Al Community HealTH
Services. et.Al. Department of Social And
HealTH Services et.Al employed Physicians,
Nurses, Physician Assistants, Pharmacists,
Residents, employees, Agents (Actual And
- APPARENT ) Representatives, And ouTHer StAFF,
who Provided CARE. And Treatment To
PlaintiFF were Provided in THe Course
And Scope of THeir employment wiTH
Metropolitan Development Council, Depart -
ment of Social And HealTH services, Community
HealTH CARE, Sea MAR medical, etAl And AS
Such The united States of AMERICA, is
Legally Responsible FoR The Conduct of
Said Physicians, Nurses, Physician Assistants,
Pharmacists, Residents, employees, Agents
( Actual And APPARENT ) Representives And
ouTHer StAFF, boTH Known And unKnown.

That The united States of AMERICA
was Served wiTH a Claim FoR DAMAge
INJury, oR DeaTH in This MATTER by
Service on.
SEE: Attachments (1)(2)(3)(4)

Complaint FoR DAMAgeS PG: 14

Todd Roy Gibbons
5415 SOrchAed Pnb 126
TACOMA, WA 98467

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    JUL 0 6 2012   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

Department of Enterprise Services
Consolidated Mail Services
PO Box 41050
Olympia WA 98504-1050

1. Article Addressed to:

Rob Mckenna (Atterie genzal)
17141 ClearWater DrS.w
TumuvAter, wA 98501
PoBox 40124

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7009 1410 0002 1255 8108

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    JUL 0 6 2012   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED By

JUL 0 6 2012

DSHS Mailroom

1. Article Addressed to:

LORRAINE Lee (ahT-Chief
RePt of socail and HeAlTh Services
P.O Box 45010 olympiA, WA
98504-5010
OB-2 4th Floor mil Stop 45010
14th And Jefferson

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7009 1410 0002 1255 8092

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

AHACHment #(1)

ComplAint FoR DAMAges PG 15

Todd Roy Gibbons
5415 S Orchard pmb
126
TACOMA, wA 98467

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deena Wallis York Chief President
Metropolitan Development Council
1721 Fawcett Ave Suit 201
Tac, WA 98402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery  7-6-12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No  X

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 1410 0002 1255 8153

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C.E.O.
Metropolitan Development Council
P.O Box 34703
Seattle, WA 98124

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   JUL 0 9 2012

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7009 1410 0002 1255 8115

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

ATTACHMENT #(2)

Complaint FOR DAMAGES PG 16

Todd Roy Gibbons
5415 S Orchard Pmb 126
Tacoma, WA 98467

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☑ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
7/7/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

RoGelio RioJAS (C.E.O)
SeA mAR Community HeAlTH
CenTeR
1040 Shenderson St
SeAttle, WA 98108

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7009 1410 0002 1255 8085

S Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AnAlee?   7/6/12

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

To: C.E.O
Community HeAlTH CARE
1019 PACific AVE StE. 300
TAC, WA 98402-4488

office of physicians

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)   7009 1410 0002 1255 8146

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

ATTACHment #(3)

Complaint FoR DAmAgE SPG 17

Todd Roy Gibbons
5415 S ORCHARd pmb
126
TACOMA, WA 98467

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: (C.E.O)

CATHOLIC HEALTH INITIATIVES
FRANCISCAN HEALTH SYSTEMS
1149 MARKET
TAC, WA 98402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Brooke Otto ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Brooke Otto   1-10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
   (Transfer from service l    7009 1410 0002 1255 8078

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

ATTACHMENT #(4)

Complaint FOR DAMAGES pg 18

Todd Roy Gibbons
5415 S Orchard pmb126
TACOMA, WA 98467

# Factual Allegations

1. That united states of America
THRough Honorable Robert m mckenna
And The state of washington employed
defendants and outHers who As
HealTH CARE PROVIDERS To use THat
degRee of CARE, skill, diligence and
Attention used by HealTH CARE PROviders
generally in The community in THe
CARE And TReatment of PAtient.

The united states of America THRough
Honorable Robert m mckenna And The
state of washington DepARtment of
social and HealTH services etal Failed
To PROPERly supervise And/OR TRAIN
defendants, And THe Physicians, Physician
Asstants, NuRses, PhARmacists, Residents,
employees, Agents, (Actual OR APPARent)
RepResentatives, and outHer staFF
employed By THe state of washington And
DepARtment of social and HealTH services.

Honorable Robert m. mckenna and THe
state of washington DepARtment of
social and HealTH services. Etal
Failed To PROPERly diagnose And TReat
THe PlaintiFF.

IN so Failing To PROPERly dignose
And TReat The PlaintiFF deviated FRom

Complaint FOR DAmages 19

Todd Roy Gibbons
5415 S'ORCHARD
Pmb126
TACOMA, WA 98467

# Factual Allegations

Standard Approved medical Practice
by Failing To Properly diagnose and Treat
Plaintiff's (Spina Bifida), Intellectual
disabilites and Injuries which Failure
Resulted in Physical Pain and suffering,
Mental and emotional Pain and suffering,
Abandonment and

Plaintiff suffering From Neurologic
dysfunction and Spinal Abnormalities And
Injuries This deviation From the
Appropriate Standard of Care Proximately
Caused Plaintiff's Injuries.

Defendent's Failure To Properly diagnose
And Treat Plaintiff's (Spina Bifida) And
Intellectual disabilites, give Adequate
Warnings, As well As defendents Negligence,
And medical Malpractice As described
Above. Constituted a deviation From
Accepted medical Procedures. Defendants
Failure To Properly dignose And Treat
Plaintiff's (Spina Bifida) Intellectual
disabilites, And Injuries, give Adequate
Warnings As decribed Above Violated The
Standard of Care That defendents Action's
Constitute Negligence And medical
Negligence.

The Rusulting Injury And Loss To

Todd Roy Gibbons
5415 S Orchard pmb
126
Tacoma, WA 98467

Complaint For Damages 20

# Factual Allegations

The Plaintiff was Proximately cause by The Tortious Conduct of Defendant. . As a direct and Proximate Result of The defendant's Tortious conduct. The Plaintiff has Sustained ecomic and NON economic damages, Including, without Limitation

(a) Lost earnings;

(b)  Mental and emotional Pain And Suffering;

(C) Physical Pain and Suffering;

(D) Loss of enJoyment of Life;

(e) Past And Future medical expenses;

Complaint FoR Damages 21

Todd Roy Gibbons
5415 S Orchard Pmb 126
Tacoma, WA 98467

# PRAYER FOR Relief

WErE ForE, PlAintiFF PRAV'S FOR THe Following Relief, AgAinst defendAnt,

(1) FOR Such Sum's of money AS will ReAsonAbly And Justly CompensAte him FOR The DAMAGES SustAined AS heREin befoR Alleged;

(2) FOR ReAsonAble Cost And disbuRsements heRein ToBe TAXed;

(3) FOR PRe Jugment INTeRest AS Allowed By LAw;

(4) FOR THis mAtTer To be TRied By a SIX-PERson Jury;

(5) FoRTHis To Be INdeKed of DSHS SignificAte decisions 388-01-190 (1)(2)A.,C (3)(4);

(6) And To AwARd such auTHer And FuTHer Relief AS mAy Be deemed Just And equitAble;

ComplAint FOR DAmAges 22

Todd Roy Gibbons
5415 S Orchard Pmb 126
TAComA, WA 98467

DAted This 5th day of September

Todd Roy Gibbons
5415 S orchard pmb 126
TACOMA, WA 98467

Complaint FoR DAMAGES 23

Todd Roy Gibbons
5415 S orchard pmb
126
TAComA, WA 98467