# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| TODD ROY GIBBONS,<br><br>                           Petitioner,<br><br>     v.<br><br>ROBERT MCKENNA, et al.,<br><br>                           Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: 12-cv-5793-RBL |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This case is **DISMISSED WITHOUT PREJUDICE**

Dated: December 7, 2012

William M. McCool
Clerk

Deputy Clerk